IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CV-136-D

| | | |
|---|---|---|
| DIAHANNA WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EDGECOMBE COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

On June 25, 2013, Edgecombe County Board of Education filed a motion to dismiss [D.E. 9]. See Fed. R. Civ. P. 12(b)(6). In light of the governing standard, the motion to dismiss [D.E. 9] is DENIED.

SO ORDERED. This 26 day of August 2013.

JAMES C. DEVER III
Chief United States District Judge